In the Matter of the Claim of ALBERT NATHANSON, Respondent, against IGNAZ STRAUSS & Co., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.